Yakub Hazzard, Bar No. 150242
YHazzard@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Attorneys for Defendants
FOREVER 21, INC., FOREVER 21 LOGISTICS,
LLC, and FOREVER 21 RETAIL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.,<br><br>Defendants. | Case No.  CV 09-3575 SI<br><br>**ANSWER OF DEFENDANTS FOREVER 21, INC., FOREVER 21 LOGISTICS, LLC, AND FOREVER 21 RETAIL, INC. TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>[Action Filed:  August 5, 2009] |

Defendants Forever 21, Inc., Forever 21 Logistics, LLC and Forever 21 Retail, Inc. (collectively, "Forever 21") hereby answer, aver and plead as follows in response to Plaintiff, Airwair International, Ltd.'s ("Plaintiff") Complaint:

**INTRODUCTION**

1.   Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 1, and therefore denies each and every allegation asserted therein.

2.   Forever 21 admits that Forever 21, Inc. is a Delaware Corporation.  Except as expressly admitted, Forever 21 denies each and every allegation contained in Paragraph 2.

3.     Forever 21 admits that Forever 21 Retail, Inc. is a California Corporation that markets and sells clothing and footwear products in the United States and within this District. Except as expressly admitted, Forever 21 denies each and every allegation contained in Paragraph 3.

4.     Forever 21 admits that Forever 21 Logistics, LLC is a Delaware Limited Liability Company that distributes clothing and footwear products in the United States and within this District. Except as expressly admitted, Forever 21 denies each and every allegation contained in Paragraph 4.

**JURISDICTION AND VENUE**

5.     Forever admits the allegations contained in Paragraph 5.

6.     Forever 21 admits that this case involves claims joined with a claim under the trademark laws of the United States. Except as expressly admitted, Forever 21 denies each and every allegation contained in Paragraph 6.

7.     Pursuant 28 U.S.C. § 1404, Forever 21 denies that venue is proper in this district. Forever 21 otherwise admits the allegations contained in Paragraph 7.

**FACTUAL ALLEGATIONS**

8.     Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 8, and therefore denies each and every allegation asserted therein.

9.     Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 9, and therefore denies each and every allegation asserted therein.

10.    Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations regarding the number of shoes it has sold over the past 25 years, and therefore denies such allegations. Forever 21 denies all other allegations set forth in Paragraph 10.

11.    Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 11, and therefore denies each and every allegation

asserted therein.

12. Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 12, and therefore denies each and every allegation asserted therein.

13. Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 13, and therefore denies each and every allegation asserted therein.

14. Forever 21 denies the allegations of Paragraph 14 of the Complaint.

15. Forever 21 denies the allegations of Paragraph 15 of the Complaint.

16. Forever 21 denies the allegations of Paragraph 16 of the Complaint.

17. Forever 21 admits that Exhibit 12 to the Complaint appears to be a copy of a receipt for footwear sold by Forever 21. Except as expressly admitted, Forever 21 denies each and every allegation contained in Paragraph 17.

18. Forever 21 is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations regarding the authenticity of Exhibit 13 to the Complaint. Forever 21 avers that Exhibit 13 affirmatively establishes the absence of any alleged likelihood of confusion. Except as so averred, Forever 21 denies the allegations of Paragraph 18 of the Complaint.

19. Forever 21 denies the allegations of Paragraph 19 of the Complaint.

## ALLEGATION OF IRREPARABLE HARM

20. Forever 21 denies the allegations of Paragraph 20 of the Complaint.

## FIRST CLAIM FOR RELIEF

**(Trademark Infringement in Violation of
Lanham Act Section 32, 15 U.S.C. Section 1114)**

21. Forever 21 incorporates by reference its responses to Paragraphs 1 through 20 of the Complaint.

22. Forever 21 denies the allegations of Paragraph 22 of the Complaint.

23. Forever 21 denies the allegations of Paragraph 23 of the Complaint.

24. Forever 21 denies the allegations of Paragraph 24 of the Complaint.

25. Forever 21 denies the allegations of Paragraph 25 of the Complaint.

## SECOND CLAIM FOR RELIEF

**(Federal Unfair Competition and False Designation of Origin in Violation of Lanham Act Section 43(a), 15 U.S.C. § 1125(a))**

26. Forever 21 incorporates by reference its responses to Paragraphs 1 through 25 of the Complaint.

27. Forever 21 denies the allegations of Paragraph 27 of the Complaint.

28. Forever 21 denies the allegations of Paragraph 28 of the Complaint.

## THIRD CLAIM FOR RELIEF

**(Federal Trademark Dilution in Violation of Lanham Act § 43(c), 15 U.S.C. § 1125(c))**

29. Forever 21 incorporates by reference its responses to Paragraphs 1 through 28 of the Complaint.

30. Forever 21 denies the allegations of Paragraph 30 of the Complaint.

31. Forever 21 denies the allegations of Paragraph 31 of the Complaint.

32. Forever 21 denies the allegations of Paragraph 32 of the Complaint.

33. Forever 21 denies the allegations of Paragraph 33 of the Complaint.

34. Forever 21 denies the allegations of Paragraph 34 of the Complaint.

## FOURTH CLAIM FOR RELIEF

**(Unfair Competition in Violation of California Business & Professions Code § 17200, et seq.)**

35. Forever 21 incorporates by reference its responses to Paragraphs 1 through 34 of the Complaint.

36. Forever 21 denies the allegations of Paragraph 36 of the Complaint.

37. Forever 21 denies the allegations of Paragraph 37 of the Complaint.

38. Forever 21 denies the allegations of Paragraph 38 of the Complaint.

## FIFTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

39. Forever 21 incorporates by reference its responses to Paragraphs 1 through 38 of the Complaint.

40. Forever 21 denies the allegations of Paragraph 40 of the Complaint.

41. Forever 21 denies the allegations of Paragraph 41 of the Complaint.

## SIXTH CLAIM FOR RELIEF

### (Dilution in Violation of California Business & Professions Code § 14330, et seq.)

42. Forever 21 incorporates by reference its responses to Paragraphs 1 through 41 of the Complaint.

43. Forever 21 denies the allegations of Paragraph 43 of the Complaint.

44. Forever 21 denies the allegations of Paragraph 44 of the Complaint.

45. Forever 21 denies the allegations of Paragraph 45 of the Complaint.

46. Forever 21 denies the allegations of Paragraph 46 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

1. The Complaint, and each alleged claim for relief therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Laches)

2. The relief sought by Plaintiff is barred by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

3. The relief sought by Plaintiff is barred by the doctrine of equitable estoppel.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

4. The relief sought by Plaintiff is barred by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Acquiescence)

5. The relief sought by Plaintiff is barred by the equitable doctrine of acquiescence.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

6. The relief sought by Plaintiff is barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Fair Use)

7. Without admitting any use of Plaintiff's claimed trade dress, Forever 21's use amounted to fair use.

## EIGHTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

8. Plaintiff lacks standing to bring the claims asserted in the Complaint.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

9. Plaintiff has failed to mitigate the alleged damages it claims to have suffered, and accordingly, Plaintiff is not entitled to any relief, or is only entitled to reduced relief.

**TENTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

10. Plaintiff's claims are barred by the applicable statute of limitations.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Dilution)**

11. Plaintiff's purported rights in the claimed trade dress or trademark have been so diluted by others that no protection exists.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Invalidity)**

12. Forever 21 is informed and believes that Plaintiff's claimed trade dress or trademark is invalid and unenforceable due to Plaintiff's improper registration and fraudulent or inequitable conduct before the United States Patent and Trademark Office.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Abandonment)**

13. Forever 21 is informed and believes that Plaintiff's claims are barred, in whole or in part, by the fact that Plaintiff has abandoned any right it may have ever had in the claimed trade dress or trademark, or with respect to certain goods and services for the claimed trade dress or trademark, through nonuse or through acts of omission or commission that have cause the claimed mark to lose its significance as an alleged trade dress or trademark.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Functionality)**

14. Plaintiff's trade dress is functional and thus not subject to trade dress protection.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(No protectable trade dress or trademark)**

15. Forever 21 is informed and believes that Plaintiff has no protectable trademark or trade dress rights as alleged in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

**(Inconvenient Forum)**

16. For the convenience of parties and witnesses, and in the interest of justice, this action should be transferred to the Central District of California pursuant to 28 USC § 1404.

## ADDITIONAL AFFIRMATIVE DEFENSES

Forever 21 reserves the right to amend this Answer to allege additional affirmative defenses in the event that discovery or other information indicates they are appropriate.

## PRAYER

WHEREFORE, Forever 21 prays that:

1. Plaintiff takes nothing by reason of the Complaint, and that its claims be dismissed with prejudice;
2. The Court enter judgment in favor of Forever 21 as to all of Plaintiff's claims;
3. Forever 21 be awarded its costs and attorneys' fees in the matter; and
4. For such other and further relief as the Court deems proper.

DATED: November 2, 2009                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Yakub Hazzard
         Yakub Hazzard
         David Martinez

Attorneys for Defendants FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

## DEMAND FOR JURY TRIAL

Forever 21 hereby demands a trial by jury on all issues triable to a jury pursuant to Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: November 2, 2009   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /S/ Yakub Hazzard
Yakub Hazzard
David Martinez

Attorneys for Defendants FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.