1  Yakub Hazzard, Bar No. 150242
   YHazzard@rkmc.com
2  David Martinez, Bar No. 193183
   DMartinez@rkmc.com
3  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:  (310) 552-0130
5  Facsimile:  (310) 229-5800

6  Attorneys for Defendants
   FOREVER 21, INC.; FOREVER 21 LOGISTICS,
7  LLC; FOREVER 21 RETAIL, INC.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom, | | Case No.  CV 09-3575 SI |
| Plaintiff, | | **DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | | [Action Filed:  August 5, 2009] |
| FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC., | | |
| Defendants. | | |

Pursuant to Civil Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, Defendants Forever 21, Inc., Forever 21 Logistics, LLC, and Forever 21 Retail, Inc. (hereinafter "Defendants"), through their undersigned counsel, and to enable the Court to evaluate possible disqualification or recusal, hereby certify that the following persons, associations of persons, firms, partnerships and corporations (including parent corporations clearly identified as such) may have a pecuniary interest in the outcome of the case:

Defendant Forever 21, Inc. is a privately held corporation.  Forever 21, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

60320382.1                                   CERTIFICATE OF INTERESTED ENTITIES
                                             OR PERSONS - CV 09-3575 SI

Defendants Forever 21 Logistics, LLC and Forever 21 Retail, Inc. are privately held companies and are wholly-owned subsidiaries of Defendant Forever 21, Inc.

DATED: November 2, 2009     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /S/ Yakub Hazzard
       Yakub Hazzard
       David Martinez

Attorneys for Defendants FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.