**4 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: 11/13/09

Case No.   C-09-3575SI            Judge:  SUSAN ILLSTON

Title: AIRWAIR INT'L.  -v- FOREVER 21

Attorneys: M. Bergman          Y. Hazzard

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

### **PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED PART

Case continued to **1/29/10    @ 3:00 p.m..** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to the Court's mediation program.

cc: ADR